UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| OTTO CARDONA,<br>    Plaintiff<br>v.<br>ELECTRIC BOAT CORPORATION,<br>    Defendant | Civil Action No. 21-859<br><br>Filing Date: June 23, 2021 |

## NOTICE OF REMOVAL

The Defendant, Electric Boat Corporation, (hereinafter "Electric Boat" or "Defendant"), hereby petitions this Court for removal of this action from the Superior Court, Judicial District of New London, to the United States District Court for the District of Connecticut, pursuant to U.S.C. §1446 *et seq.* based on the following:

### BACKGROUND

1. On June 1, 2021, Plaintiff, Otto Cardona ("Plaintiff") filed a Complaint against the Defendant in the Superior Court, Judicial District of New London, Docket No. KNL-CV21-6051790-S (the "State Court Action").

2. Electric Boat has not yet answered, moved, or otherwise responded to the Complaint in the State Court Action.

3. Attached hereto as Exhibit A are true and correct copies of the Summons – Civil, Complaint, Demand for Relief and Return of Service. These documents constitute all the process, pleadings, and orders filed in the State Court Action to date.

### TIMELINESS OF REMOVAL

4. Plaintiff served Electric Boat with a copy of the Summons and Complaint on May 25, 2021. (See Exhibit A, Return of Service).

5. The removal of this action is timely having been accomplished within thirty (30) days of the date on which Plaintiff served Electric Boat with a copy of the Complaint.

## VENUE

6. Under 28 U.S.C. §1441(a), the United States District Court for the District of Connecticut is the proper venue for removal because it embraces the place where this action is pending.  28 U.S.C. §§1441(a) and 1446(a).

## JURISDICTIONAL BASIS FOR REMOVAL

### Diversity Jurisdiction

7. Pursuant to 28 U.S.C. § 1441(a), any civil action brought in a state court which the district courts of the United States have original jurisdiction, may be removed by the Defendant, to the district court of the place where such action is pending.

8. Pursuant to 28 U.S.C. § 1331, the district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States.

9. This Court has federal question jurisdiction over this case because Plaintiff has alleged violations of Title VII of the Civil Rights Act of 1964, 42 USC § 2000e-2 (*See* Complaint ¶¶ 4-5, 7 and 9).

10. This Court has supplemental jurisdiction over the remaining Counts in the Complaint pursuant to 28 U.S.C. § 1367 because it is so related to the claims in the action within the Court's original jurisdiction that they form part of the same case or controversy.

## PROCEDURAL COMPLIANCE

12. Defendant has complied with the procedural requirements for removal. In accordance with 28 U.S.C. §1446(a), Defendant has attached copies of all process, pleadings, and orders served upon them. (See Exhibit A). Concurrently with the filing of this Notice of Removal and pursuant to 28 U.S.C. §1446(d), Electric Boat is filing with the Superior Court, Judicial District of New London, State of Connecticut, a "Notice of Filing of Notice of Removal of State Action to the U.S. District Court for the District of Connecticut," a copy of which is attached as Exhibit B. Electric Boat is further serving on Plaintiff a "Notice to Adverse Parties of Removal of State Action to the U.S. District Court for the District of Connecticut," a copy of which is attached as Exhibit C.

## MISCELLANEOUS ISSUES

13. By filing this Notice of Removal, Electric Boat does not waive any defense that may be available to it, including, but not limited to, service, service of process, sufficiency of process, venue, or jurisdiction, and specifically reserves the right to assert any defenses and/or objections to which it may be entitled.

Respectfully submitted,

**ELECTRIC BOAT CORPORATION**

By Their Attorneys

*/s/ Shane R. Goodrich*
Ryan W. Jaziri, Esq. (Fed. No. ct14563
Shane R. Goodrich, Esq. (Fed. No. ct29755)
**MORGAN, BROWN & JOY, LLP**
200 State Street, 11th floor
Boston, MA  02109
T: (617) 523-6666
F: (617) 367-3125
E: rjaziri@morganbrown.com
Date: June 23, 2021                E: sgoodrich@morganbrown.com

## CERTIFICATE OF SERVICE

I, Shane R. Goodrich, hereby certify that, on the 23rd day of June, 2021, I served a copy of the above pleading by first class mail, postage prepaid, on:

Christine Conley, Esq.
Embry Neusner Arscott & Shafner, LLC
118 Poquonnock Road
Groton, CT 06340

                                                             */s/ Shane R. Goodrich*
                                                           Shane R. Goodrich, Esq.