

# Service of Process Transmittal
05/25/2021
CT Log Number 539622229

| | |
|---|---|
| **TO:** | Susan Pecoraro<br>Electric Boat Corporation<br>75 Eastern Point Rd<br>Groton, CT 06340-4989 |
| **RE:** | **Process Served in Connecticut** |
| **FOR:** | Electric Boat Corporation  (Domestic State: DE) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Otto Cardona, Pltf. vs. Electric Boat Corporation, Dft. |
| **DOCUMENT(S) SERVED:** | Attachment(s), Summons, Complaint, Statement |
| **COURT/AGENCY:** | New London at New London Superior Court Judicial District, CT<br>Case # NONE |
| **NATURE OF ACTION:** | Employee Litigation - Harassment |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, East Hartford, CT |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 05/25/2021 at 12:33 |
| **JURISDICTION SERVED :** | Connecticut |
| **APPEARANCE OR ANSWER DUE:** | On or before the second day after 06/29/2021 |
| **ATTORNEY(S) / SENDER(S):** | Christine Conley<br>Embry Neusner Arscott & Shafner, LLC<br>18 Poquonnock Road<br>Groton, CT 06340<br>860-449-0341 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 05/26/2021, Expected Purge Date: 05/31/2021<br><br>Image SOP<br><br>Email Notification,  Susan Pecoraro  specorar@gdeb.com<br><br>Email Notification,  Kelly Lewis  klewis2@gdeb.com<br><br>Email Notification,  Dixie Baalman  dbaalman@gdeb.com<br><br>Email Notification,  Matthew S. Luxton  mluxton@gdeb.com |
| **REGISTERED AGENT ADDRESS:** | C T Corporation System<br>67 Burnside Ave<br>East Hartford, CT 06108<br>800-448-5350<br>MajorAccountTeam1@wolterskluwer.com |



| | |
|---|---|
| **TO:** | Susan Pecoraro<br>Electric Boat Corporation<br>75 Eastern Point Rd<br>Groton, CT 06340-4989 |
| **RE:** | **Process Served in Connecticut** |
| **FOR:** | Electric Boat Corporation  (Domestic State: DE) |

**Service of Process Transmittal**
05/25/2021
CT Log Number 539622229

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

# Business Inquiry

## Business Details

| | |
| --- | --- |
| Business Name: | ELECTRIC BOAT CORPORATION |
| Business ID: | 0525741 |
| Business Address: | 75 EASTERN POINT RD., GROTON, CT, 06340 |
| Mailing Address: | 75 EASTERN POINT RD., GROTON, CT, 06340 |
| Date Inc/Registration: | Nov 22, 1995 |
| Commence Business Date: | Dec 11, 1995 |
| Annual Report Due Date: | 11/19/2021 |
| NAICS Code: | Manufacturing (33) |
| Citizenship/State Inc: | Foreign/DE |
| Last Report Filed Year: | 2020 |
| Business Type: | Stock |
| Business Status: | Active |
| NAICS Sub Code: | Ship Building and Repairing (336611) |

## Principals Details

| Name/Title | Business Address | Residence Address |
| --- | --- | --- |
| JOHN V. LEONARD, JR. TREASURER | 75 EASTERN POINT RD., GROTON, CT, 06340, USA | 75 EASTERN POINT RD., GROTON, CT, 06340, USA |
| BLAISE F. BRENNAN SECRETARY | 75 EASTERN POINT RD., GROTON, CT, 06340, USA | 75 EASTERN POINT RD., GROTON, CT, 06340, USA |
| ANDREW C. CHEN TREASURER | 75 EASTERN POINT RD., GROTON, CT, 06340, USA | 75 EASTERN POINT RD., GROTON, CT, 06340, USA |

IMPORTANT: There are more principals for this business that are not shown here.

View All Principals(4)

## Agent Summary

| | |
| --- | --- |
| Agent Name | C T CORPORATION SYSTEM |
| Agent Business Address | 67 BURNSIDE AVE, EAST HARTFORD, CT, 06108-3408 |
| Agent Residence Address | NONE |
| Agent Mailing Address | NONE |

# SUMMONS - CIVIL
JD-CV-1 Rev. 10-15
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a,
52-48, 52-259, P.B. §§ 3-1 through 3-21, 8-1, 10-13

**STATE OF CONNECTICUT**
## SUPERIOR COURT
*www.jud.ct.gov* 

See other side for instructions

- [ ] "X" if amount, legal interest or property in demand, not including interest and costs is less than $2,500.
- [x] "X" if amount, legal interest or property in demand, not including interest and costs is $2,500 or more.
- [x] "X" if claiming other relief in addition to or in lieu of money or damages.

TO: Any proper officer; BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to make due and legal service of this Summons and attached Complaint.

| Address of court clerk where writ and other papers shall be filed (Number, street, town and zip code) (C.G.S §§ 51-346, 51-350) | Telephone number of clerk (with area code) | Return Date (Must be a Tuesday) |
|---|---|---|
| 70 Huntington Street, New London, CT 06320 | ( 860 )443-5363 | June 29, 2021 |

| [x] Judicial District / [ ] Housing Session | [ ] G.A. Number: | At (Town in which writ is returnable) (C.G.S. §§ 51-346, 51-349) New London | Case type code (See list on page 2) Major: T  Minor: 90 |

**For the Plaintiff(s) please enter the appearance of:**

| Name and address of attorney, law firm or plaintiff if self-represented (Number, street, town and zip code) | Juris number (to be entered by attorney only) |
|---|---|
| Embry Neusner Arscott & Shafner, LLC, 118 Poquonnock Road, Groton, CT 06340 | 102932 |

| Telephone number (with area code) | Signature of Plaintiff (If self-represented) |
|---|---|
| ( 860 ) 449-0341 | |

| The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book. | [x] Yes [ ] No | Email address for delivery of papers under Section 10-13 (if agreed to) receptionist@embryneusner.com |

Number of Plaintiffs: 1    Number of Defendants: 1    [ ] Form JD-CV-2 attached for additional parties

| Parties | Name (Last, First, Middle Initial) and Address of Each party (Number; Street; P.O. Box; Town; State; Zip; Country, if not USA) | |
|---|---|---|
| First Plaintiff | Name: CARDONA, OTTO  Address: 16 Ann St New London, CT 06320 | P-01 |
| Additional Plaintiff | Name:  Address: | P-02 |
| First Defendant | Name: Electric Boat Corporation  Address: c/o C T Corporation System, 67 Burnside Ave, East Hartford, CT, 06108-3408 | D-01 |
| Additional Defendant | Name:  Address: | D-02 |
| Additional Defendant | Name:  Address: | D-03 |
| Additional Defendant | Name:  Address: | D-04 |

## Notice to Each Defendant

1. **YOU ARE BEING SUED.** This paper is a Summons in a lawsuit. The complaint attached to these papers states the claims that each plaintiff is making against you in this lawsuit.
2. To be notified of further proceedings, you or your attorney must file a form called an "Appearance" with the clerk of the above-named Court at the above Court address on or before the second day after the above Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to come to court.
3. If you or your attorney do not file a written "Appearance" form on time, a judgment may be entered against you by default. The "Appearance" form may be obtained at the Court address above or at *www.jud.ct.gov* under "Court Forms."
4. If you believe that you have insurance that may cover the claim that is being made against you in this lawsuit, you should immediately contact your insurance representative. Other action you may have to take is described in the Connecticut Practice Book which may be found in a superior court law library or on-line at *www.jud.ct.gov* under "Court Rules."
5. If you have questions about the Summons and Complaint, you should talk to an attorney quickly. The Clerk of Court is not allowed to give advice on legal questions.

| Signed (Sign and "X" proper box) | [x] Commissioner of the Superior Court [ ] Assistant Clerk | Name of Person Signing at Left Christine Conley | Date signed 05/24/2021 |

If this Summons is signed by a Clerk:
a. The signing has been done so that the Plaintiff(s) will not be denied access to the courts.
b. It is the responsibility of the Plaintiff(s) to see that service is made in the manner provided by law.
c. The Clerk is not permitted to give any legal advice in connection with any lawsuit.
d. The Clerk signing this Summons at the request of the Plaintiff(s) is not responsible in any way for any errors or omissions in the Summons, any allegations contained in the Complaint, or the service of the Summons or Complaint.

For Court Use Only
A TRUE COPY ATTEST
KEITH D. NIZIANKIEWICZ
CONNECTICUT STATE MARSHAL
INDIFFERENT PERSON

| I certify I have read and understand the above: | Signed (Self-Represented Plaintiff) | Date | Docket Number |

(Page 1 of 2)

RETURN DATE: JUNE 29, 2021 : SUPERIOR COURT

OTTO CARDONA : J.D. OF NEW LONDON

VS. : AT NEW LONDON

ELECTRIC BOAT CORPORATION : MAY 24, 2021

## COMPLAINT

At all times relevant herein, the Plaintiff, Otto Cardona, has been employed at Electric Boat Corporation Since August 24, 2016 at Groton, Connecticut.

1. At all times relevant herein, the Defendant Electric Boat Corporation owned, operated, controlled, maintained, managed, supervised, and/or was otherwise responsible for the facility in Groton, Connecticut including Department 453.

2. Defendant Electric Boat Corporation is a foreign corporation doing business in the State of Connecticut.

3. At all times mentioned herein, the defendants, Richard White and Louise Cunningham, were supervising the plaintiff, Otto Cardona, as the Defendant Electric Boat Corporation's agents, servants or employees.

4. Beginning in December 2018 and continuing until around March or April 2019, Plaintiff Otto Cardona's coworkers subjected the plaintiff to harassment, mocking of his accent and Guatemalan ancestry while working at Defendant Electric Boat

EMBRY NEUSNER ARSCOTT & SHAFNER, LLC
P.O. BOX 1409  118 POQUONNOCK RD.  GROTON, CT 06340-1409  (860) 449-0341  JURIS NUMBER 102932

1

Corporation in violation of Title VII of the Civil Rights Action of 1964, 42 USC § 2000e-2 and Conn. Gen. Stat. §46a-60 (b)(1).

5. Beginning in July 2019 and continuing through July 19, 2019, Plaintiff Otto Cardona's coworkers subjected the plaintiff to harassment, racial jokes, discriminatory remarks, mocking of his accent and Guatemalan ancestry while working at Defendant Electric Boat Corporation in violation of Title VII of the Civil Rights Action of 1964, 42 USC § 2000e-2 and Conn. Gen. Stat. §46a-60(b)(1).

6. On July 22, 2019, Plaintiff Otto Cardona submitted an internal complaint with Defendant Electric Boat's EEO Program and Employee Complaint Procedures.

7. On September 18, 2019, Plaintiff Otto Cardona was sent an anonymous email scan via his assigned computer while working at Defendant Electric Boat Corporation directing him to stop complaining about his coworkers in violation of The Civil Rights Action of 1964, 42 USC Section 2000e-2, Connecticut General Statutes Section 46a-60(b)(4).

8. Defendant Electric Boat Corporation failed to properly discipline coworkers or otherwise remediate the situation.

9. Coworkers' acts and Defendant Electric Boat Corporation's omissions subjected Mr. Cardona to unlawful harassment and created an intimidating, hostile, and offensive work environment in violation of The Civil Rights Action of 1964, 42 USC Section 2000e-2, Conn. Gen. Stat. §46a-60(b)(1), and Conn. Gen. Stat. §46a-60(b)(4).

EMBRY NEUSNER ARSCOTT & SHAFNER, LLC
P.O. BOX 1409  118 POQUONNOCK RD.  GROTON, CT 06340-1409  (860) 449-0341  JURIS NUMBER 102932

2

10. Mr. Cardona has exhausted his administrative remedies by filing a timely complaint with the Connecticut Commission on Human Rights and Opportunities (CHRO) with regard to his harassment claim and has filed this action within 90 days of receiving a release of jurisdiction.

11. As a direct and proximate result of the above-said conduct of Defendant Electric Boat Corporation, Plaintiff Otto Cardona has suffered and continues to suffer from, including but not limited to, severe and permanent emotional distress, embarrassment, humiliation, and apprehension. Furthermore, to treat these injuries, Mr. Cardona was placed on a substantial program of therapy, and was administered medication. All the injuries will require further care and are permanent in nature. It is likely that Mr. Cardona's injuries will be the source of continuing pain and disability. In addition, he suffered and will in the future continue to suffer great physical and mental pain and has been and will in the future be unable to participate in many of the activities in which he engaged prior to this incident.

12. As a result of suffering these injuries, Otto Cardona has been caused to lose time and wages from his regular employment and to incur permanent impairment of his earning capacity, all to his financial loss.

13. As a further result of the defendant's conduct, Otto Cardona has incurred and will continue to incur expenses for medical care, therapy, medication and other related expenses for treatment of his injuries, all to his financial loss.

14. As a result of sustaining these injuries, Otto Cardona has been caused to suffer an overall physical discomfort that imposes restrictions on his ability to partake in and enjoy all of life's activities.

WHEREFORE, the Plaintiff claims a trial by jury and

1. Compensatory damages;

2. Fees, costs, expenses, attorney's fees and expert costs;

3. Punitive Damages;

4. Such other relief in equity or law that may pertain.

THE PLAINTIFF

By_____
Christine Conley
Embry Neusner Arscott & Shafner, LLC
118 Poquonnock Road
Groton, CT 06340
Tel. (860) 449-0341
Firm Juris No. 102932

A TRUE COPY ATTEST

KEITH D. NIZIANKIEWICZ
CONNECTICUT STATE MARSHAL
INDIFFERENT PERSON

RETURN DATE: JUNE 29, 2021     :     SUPERIOR COURT

OTTO CARDONA     :     J.D. OF NEW LONDON

VS.     :     AT NEW LONDON

ELECTRIC BOAT CORPORATION     :     MAY 24, 2021

## STATEMENT OF AMOUNT IN DEMAND

The Plaintiff Otto Cardona claims damages in excess of $15,000.00

THE PLAINTIFF,

By _____
Christine Conley
Embry Neusner Arscott & Shafner, LLC
118 Poquonnock Road
Groton, CT 06340
Tel. (860) 449-0341
Firm Juris No. 102932

A TRUE COPY ATTEST
KEITH D. NIZIANKIEWICZ
CONNECTICUT STATE MARSHAL
INDIFFERENT PERSON

EMBRY NEUSNER ARSCOTT & SHAFNER, LLC
P.O. BOX 1409   118 POQUONNOCK RD.   GROTON, CT 06340-1409   (860) 449-0341   JURIS NUMBER 102932

5